# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2306

_____

United States of America,     \*

                 \*

       Appellee,     \*

                 \*    Appeal from the United States

    v.                \*    District Court for the

                 \*    District of Minnesota.

Thomas Frederick Mills,     \*

                 \*    [UNPUBLISHED]

       Appellant.     \*

_____

Submitted: April 27, 2007
Filed: May 1, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Thomas Frederick Mills appeals his sentence following his guilty plea to escape from a federal correctional institution, in violation of 18 U.S.C. § 751(a), and theft of government property, in violation of 18 U.S.C. § 641. For reversal, Mills argues the district court[1] erred in concluding that his escape conviction was a crime of violence under U.S.S.G. § 4B1.2(a)(2), resulting in his classification as a career offender under U.S.S.G. § 4B1.1.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

As Mills acknowledges, this court has held that all escapes, even non-violent "walk-away" escapes, are crimes of violence within the meaning of section 4B1.2. See United States v. Nation, 243 F.3d 467, 472 (8th Cir. 2001). We are bound to follow this precedent. See United States v. Wright, 22 F.3d 787, 788 (8th Cir. 1994) (panel of this court is bound by prior Eighth Circuit decision unless prior decision is overruled by this court sitting en banc).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____